IN THE UNITED STATES COURT OF APPEALS
FOR THE FIRST CIRCUIT

| | |
|---|---|
| COMMONWEALTH OF MASSACHUSETTS,<br>　　　　Plaintiff-Appellee,<br><br>　　　　v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES, et al.,<br>　　　　Defendants-Appellants. | No. 10-2204 |
| NANCY GILL, et al.,<br>　　　　Plaintiffs-Appellees,<br><br>DEAN HARA,<br>　　　　Plaintiff-Appellee/Cross-Appellant,<br><br>　　　　v.<br><br>OFFICE OF PERSONNEL<br>　　MANAGEMENT, et al.,<br>　　　　Defendants-Appellants/Cross-<br>　　　　Appellees. | Nos. 10-2207,<br>10-2214 |

**FEDERAL DEFENDANTS' RESPONSE TO MOTION
OF THE COMMONWEALTH OF MASSACHUSETTS
TO EXPEDITE ISSUANCE OF THE MANDATE**

The federal government hereby consents to the motion of the Commonwealth

of Massachusetts to expedite issuance of the mandate in the above-captioned appeals.

1

       Respectfully submitted,

       /s/ Michael Jay Singer
       MICHAEL JAY SINGER
        (202) 514-5432

       Attorney, Appellate Staff
       Civil Division, Room 7266
       Department of Justice
       950 Pennsylvania Avenue, N.W.
       Washington, DC 20530

JULY 2013

## CERTIFICATE OF SERVICE

I hereby certify that on July 1, 2013, I electronically filed the foregoing with the Clerk of Court for the United States Court of Appeals for the First Circuit by using the appellate CM/ECF system. I further certify that all participants in the case are registered CM/ECF users and will be served via the appellate CM/ECF system.

/s/ Michael Jay Singer
MICHAEL JAY SINGER
